Robert M. Tzall
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303,
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

Sean Flynn
Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street Suite #1550
Las Vegas, NV 89101
Tel: 949-255-6950
sflynn@grsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Bodovinac, Individually and on Behalf of All Others Similarly Situated<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Receivables Performance Management LLC and John Does 1-25<br>.<br><br>　　　　Defendant. | Docket No.  2:21-cv-709<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Thomas Bodovinac ("Plaintiff") and Receivables Performance Management, LLC ("Defendant"), by and through their respective counsel of record, that the above-captioned action, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

　　　Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: December 10, 2021

| | |
|---|---|
| /s/*Robert M. Tzall* | */s/ Sean Flynn* |
| Robert M. Tzall, Esq. | Sean Flynn, Esq. |
| Contemporary Legal Solutions | Gordon Rees Scully Mansukhani LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

                                        **IT IS SO ORDERED.**

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 28th day of December, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd of August, 2021, I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT Experian Information Solutions, Inc.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
robert@tzalllegal.com
Law Offices of Robert M. Tzall
7735 Commercial Way, Suite 100
Henderson, NV 89011
(702) 666-0233
(702) 727-8034 Fax
*Counsel for Plaintiffs*